UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x------------------------------------------------------------------x
TINEY WHETSTONE,

         Plaintiff,

  -against-              08 Civ. 2227 (WHP) (MHD)

THE STATE OF NEW YORK; THE NEW YORK STATE
INSURANCE FUND; ALBERT K. DiMEGLIO,     **NOTICE OF MOTION**
Individually and in his Official Capacity; SUSAN LEFKOWITZ,
Individually and in her Official Capacity; MARILYN CARRETTA,
Individually And in her Official Capacity; ALYCE SIEGEL,
Individually and in her Official Capacity; SUSAN
KORNBLUTH, Individually and in her Official Capacity;

         Defendants.
x------------------------------------------------------------------x

    PLEASE TAKE NOTICE that upon the accompanying *in camera* Affirmation of Roya Moghadassi-Weiss, Esq., the undersigned attorney for plaintiff, will move this Court pursuant to Local Rule 1.4, on June 5, 2008, at 2:00 p.m. or as soon thereafter as counsel can be heard, to withdraw as attorney for plaintiff in the above matter, and for such other relief that this Court may deem just and proper.

Dated: New York, New York
    May 21, 2008

              BY _____
                Roya Moghadassi-Weiss, Esq. (RM9643)
                Attorney for Plaintiff
                The Chrysler Building
                405 Lexington Avenue, 26 Floor
                New York, New York 10174
                (212) 907-6482

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x------------------------------------------------------------------x
TINEY WHETSTONE,

                             Plaintiff,

        -against-                                           08 Civ. 2227 (WHP) (MHD)

THE STATE OF NEW YORK; THE NEW YORK STATE
INSURANCE FUND; ALBERT K. DiMEGLIO,              **AFFIRMATION OF**
Individually and in his Official Capacity; SUSAN LEFKOWITZ,  **SERVICE**
Individually and in her Official Capacity; MARILYN CARRETTA,
Individually And in her Official Capacity; ALYCE SIEGEL,
Individually and in her Official Capacity; SUSAN
KORNBLUTH, Individually and in her Official Capacity;

                             Defendants.
x------------------------------------------------------------------x

      I, Roya Moghadassi-Weiss, an attorney admitted to practice in the State of New York, declare under penalty of perjury that that:

      On **May 21, 2008**, I served the **Notice of Motion** and **In Camera Affirmation to Withdraw as Counsel**, bearing case number **08 Civ. 2227**, upon the plaintiff, Tiney Whetstone as set forth below:

CERTIFIED MAIL (7007 0710 0003 8506 9014)
Tiney Whetstone
Church Streeet Station
P.O. Box 1718
New York, New York 10008

that being the address designated by Ms. Whetstone for receipt of mail.

Dated:  New York, New York
          May 21, 2008

                                                  BY _____
                                                Roya Moghadassi-Weiss, Esq. (RM9643)
                                                Attorney for Plaintiff
                                                The Chrysler Building
                                                405 Lexington Avenue, 26 Floor
                                                New York, New York 10174
                                                (212) 907-6482