# Roya Moghadassi—Weiss
Attorney At Law

The Chrysler Building
405 Lexington Avenue, 26th Floor • New York, New York 10174
(212) 907-6482 • (212) 428-6774 Fax



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2008

May 21, 2008

**BY HAND**
Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

RECEIVED
MAY 21 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re:  *Whetstone v. New York State Insurance Fund, et al.*
     08 Civ. 2227 (WHP) (MHD)

Your Honor:

I represent the plaintiff in the above-referenced matter.

Under this cover, I am respectfully submitting to the Court the Notice of Motion and my *in camera* application to withdraw as counsel. The Notice of Motion was filed electronically with Court and a copy of the papers has been served on my client, Ms. Whetstone, as attested to by the enclosed affirmation of service.

I thank the Court for its consideration of my application.

Respectfully submitted,

/s/

Roya Moghadassi-Weiss, Esq.

Enc.

*This Court will hold a conference on June 10, 2008 at 10:30 a.m. Plaintiff is directed to attend.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/22/2008