UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TINEY WHETSTONE,

          Plaintiff,                08 Civ. 2227 (WHP)

    -against-                 ORDER

THE STATE OF NEW YORK et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Roya Moghadassi-Weiss, Esq., counsel for Plaintiff, having appeared for a June 10, 2008 conference, and Plaintiff having failed to appear, it is ordered that: (1) Ms. Moghadassi-Weiss's motion to withdraw as counsel for Plaintiff (Docket No. 3) is granted; (2) Plaintiff shall appear on July 17, 2008 at 10:30 a.m. to show cause why this action should not be dismissed; and (3) counsel shall provide a copy of the June 10, 2008 conference transcript to Plaintiff by regular and/or express mail, and notify Plaintiff by telephone of the order to show cause. The initial pre-trial conference scheduled for June 20, 2008 is adjourned until July 17, 2008 at 10:30 a.m.

Dated: June 11, 2008
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                  U.S.D.J.

*Copies mailed to:*

Ms. Tiney Whetstone
Church Street Station
P.O. Box 1718
New York, NY 10008
*Plaintiff Pro Se*

Roya Moghadassi-Weiss, Esq.
405 Lexington Avenue
26th Floor
New York, NY 10174
*Former Counsel for Plaintiff*