UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
:
TINEY WHETSTONE,
:
              Plaintiff,                    08 Civ. 2227 (WHP)
:
        -against-                  SCHEDULING ORDER
:
THE STATE OF NEW YORK et al.,
:
              Defendants.
:
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       The July 17, 2008 conference is adjourned until August 8, 2008 at 9:45 a.m.

Plaintiff shall appear at that time to show cause why this action should not be dismissed, and this Court will hold an initial pre-trial conference.

Dated: July 17, 2008
       New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Copy mailed to:*

Ms. Tiney Whetstone
Church Street Station
P.O. Box 1718
New York, NY 10008
*Plaintiff Pro Se*