UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

TINEY WHETSTONE,

        Plaintiff,             08 Civ. 2227 (WHP)

    -against-            SCHEDULING ORDER

THE STATE OF NEW YORK et al.,

        Defendants.
------------------------------X



WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se and counsel for Defendants having appeared for an August 8, 2008 conference, the following is established on consent:

    (1) Defendants shall answer or otherwise respond to the complaint by September 26, 2008;

    (2) All discovery shall be completed by December 1, 2008;

    (3) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by January 9, 2008; and

    (4) This Court will hold a final pre-trial conference on January 23, 2008 at 10:00 a.m.

Dated: August 12, 2008
       New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Copies mailed to:*

Ms. Tiney Whetstone
Church Street Station
P.O. Box 1718
New York, NY 10008
*Plaintiff Pro Se*

Elizabeth Pricket-Morgan, Esq.
Assitant Attorney General
Litigation Bureau
120 Broadway
New York, NY 10271-0332
*Counsel for Defendants*