UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
TINEY WHETSTONE,
:
                Plaintiff,                        08 Civ. 2227 (WHP)
:
         -against-                        ORDER
:
THE STATE OF NEW YORK et al.,
:
                Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2008

WILLIAM H. PAULEY III, District Judge:

        Plaintiff Tiney Whetstone, now acting in a <u>pro se</u> capacity, brings this action alleging discrimination based on her race and disability in violation of 42 U.S.C. §§ 1981, 1983, 1985 and New York Executive Law § 296 <u>et seq</u>. On August 4, 2008, Plaintiff submitted an application requesting counsel.

        In determining whether to grant a request for counsel, this Court must consider

> the merits of plaintiff's case, the plaintiff's ability to pay for private counsel, his efforts to obtain a lawyer, the availability of counsel, and the plaintiff's ability to gather the facts and deal with the issues if unassisted by counsel.

<u>Cooper v. A. Sargenti, Inc.</u>, 877 F2d 170, 172 (2d Cir. 1989). As a threshold matter, a plaintiff must demonstrate that her claim has substance or a likelihood of success. <u>See</u> <u>Hodge v. Police Officers</u>, 802 F.2d 58, 60 (2d Cir. 1986). In addition, in reviewing a request for counsel, the Court must be cognizant of the fact that volunteer attorney time is a precious commodity, and thus should not grant appointment of counsel indiscriminately. <u>Cooper</u>, 877 F.2d at 172.

        As this Court explained to Plaintiff at an August 8, 2008 conference, a more fully developed record will be necessary before this Court can determine if Plaintiff's chances of success warrant the appointment of counsel. Therefore, Plaintiff's application is denied without

prejudice to its renewal at such time as the existence of potentially meritorious claims may be demonstrated.

This Court reminds Plaintiff that the pro se office is a valuable resource in assisting litigants, such as plaintiff, who proceed in federal court without the assistance of counsel. Plaintiff is strongly encouraged to contact the pro se office for information:

                Pro Se Clerk's Office
                Southern District of New York
                500 Pearl Street
                New York, New York 10007
                (212) 805-0175

Dated: August 15, 2008
       New York, New York

                                          SO ORDERED:

                                        WILLIAM H. PAULEY III
                                                U.S.D.J.

*Copy mailed to:*

Ms. Tiney Whetstone
Church Street Station
PO BOX 1718
New York, NY 10009
*Plaintiff Pro Se*

Elizabeth Pricket-Morgan, Esq.
Assitant Attorney General
Litigation Bureau
120 Broadway
New York, NY 10271-0332
*Counsel for Defendants*