UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
TINEY WHETSTONE,
                                              :
               Plaintiff,         08 Civ. 2227 (WHP)
                                              :
        -against-         SCHEDULING ORDER
                                              :
THE STATE OF NEW YORK et al.,
                                              :
               Defendants.
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se and counsel for the Defendants appeared for a status conference on November 20, 2009, and the following is established on consent of the parties:

        (1) Plaintiff pro se will retrieve the boxes of her personal belongings currently in the possession of the New York State Insurance Fund by December 4, 2009, or be precluded from introducing any evidence contained in those boxes;

        (2) Defendants will provide Plaintiff pro se with a copy of her workers compensation file by December 4, 2009;

        (3) Defendants will provide Plaintiff pro se with a copy of her personnel file by December 4, 2009;

        (4) Defendants shall provide Plaintiff pro se with a copy of her personal email account, to the extent that it Defendants have a copy of it, by December 4, 2009;

        (5) Defendants shall provide Plaintiff pro se with a copy of her personal history folder and leave file by December 4, 2009;

        (6) Defendants shall provide Plaintiff pro se with a copy of her payroll and timecard records by December 4, 2009;

(7) Plaintiff pro se shall supplement her interrogatory responses and give full and complete answers to those interrogatories as required by the prior orders of this Court by January 4, 2010;

(8) Defendants shall take the deposition of Plaintiff pro se on February 19, 2010, at 10:00 a.m. at the offices of the New York State Attorney General, at 120 Broadway, New York, New York;

(9) Plaintiff pro se is again warned that because of her repeated failures to comply with the orders of this Court, that the failure to comply with any part of this Order, to give full and complete responses to Defendants' interrogatories, or to give full and complete answers at her deposition may result in sanctions. These sanctions may include an order precluding her from introducing evidence at trial related to any topic where her responses have been previously identified as inadequate, or dismissal of this action for failure to prosecute.

(10)   This Court will hold a status conference on March 5, 2010, at 10:00 a.m.

Dated: November 20, 2009
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Ms. Tiney Whetstone
Church Street Station
P.O. Box 1718
New York, NY 10008
*Plaintiff Pro Se*

Elizabeth Pricket-Morgan, Esq.
Assitant Attorney General
Litigation Bureau
120 Broadway
New York, NY 10271-0332
*Counsel for Defendants*